IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD ANTHONY GALVAN,

        Petitioner,                No. CIV S-07-2667 GEB KJM P

      vs.

R. J. SUBUA, et al.,

        Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.  Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be granted.  See 28 U.S.C. § 1915(a).  Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        Petitioner asks that the court resolve this matter as "expeditiously," in light of his release date, which at one point was set for February 26, 2008.  Several of petitioner's filings since February 26 indicate he is still incarcerated.  The court will grant petitioner's request to the extent it will set an accelerated briefing schedule.

1

Finally, petitioner has filed a motion for a preliminary injunction asking that the court order that petitioner not be transferred from a housing assignment at Mule Creek State Prison.  Petitioner has not shown any factual or legal cause to grant his motion.  It will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted.

2. Respondents are directed to file a response to petitioner's habeas petition within twenty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.

3. Petitioner's traverse shall be filed within twenty days of respondents' answer.

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

5. Petitioner's motions for expedited review (docket entries #2, #7, #9, #11, #13) are granted to the extent set forth above and otherwise denied without prejudice to renewal with petitioner's traverse.

6. Petitioner's request for a preliminary injunction (docket entry #6) is denied.

DATED:  May 5, 2008.

U.S. MAGISTRATE JUDGE

1
galv2667.100(12.11.07)

2